United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| **PAOLA LIZETH CAVAZOS** )<br>　　**PETITIONER** )<br>) <br>v. )<br>)<br>**HON. COLIN POWELL** )<br>　　United States Secretary of State )<br>　　　　**And** )<br>**UNITED STATES OF AMERICA** )<br>　　**RESPONDENTS** ) | **B-04-108**<br>C.A._____ |

**PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Paola Lizeth Cavazos, ("Ms.Cavazos) respectfully files the instant Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and in support of the same, shows as follows:

**I. JURISDICTION AND VENUE**

1. Jurisdiction over the case at bar is laid under 28 U.S.C. $\S\S$ 2241 (habeas corpus); 1331 (federal question), 1346(a)(2) (actions against officers of the United States, and 2201 et seq. (The Declaratory Judgment Act).

2. Ms. Cavazos' application for a United States Passport, which is the subject of the instant action, was made by herself and her mother, Ms. Quintero, at the U.S. Post Office in Brownsville, Texas, where Ms. Lopez resides, and is attending school, and which is within the Jurisdiction of this Court.

3. Because Ms. Cavazos birth was assisted by midwife, Francisca Garces, of Brownsville, Texas, the U.S. Department conducted a search in Mexico for possible birth registration in

Mexico and denied her application for a U.S. Passport after finding a birth certificate in Mexico stating that Ms. Cavazos had been born on October 27, 1983 in Matamoros, Tamaulipas. However, the denial does not mention that this birth record was registered almost six months after the birth of Ms. Cavazos.

4. Because of the actions of the U.S. Department of State, Respondent Powell denied Ms. Cavazos' application for a United States Passport,[1] thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large. This constitutes custody, within the meaning of Jones v. Cunningham, 371 U.S. 236, 240 (1963), for purpose of 28 U.S.C. $2241.

## II. THE PARTIES

5. Petitioner Paola Lizeth Cavazos is a United States Citizen. She was born on October 27, 1983 in Brownsville, Texas.[2] She has been attending school, and residing in Brownsville, Texas.

6. Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III. THE FACTS

7. Paola Lizeth Cavazos was born on May 18, 1989 in Brownsville, Texas. Her birth assisted by Francisa Garces, of Brownsville, Texas, who was at the time a licensed midwife. Her

---

[1] Petitioner's Exhibit A, herein incorporated by reference.
[2] Petitioner's Exhibit B, herein incorporated by reference.

father, Juan Francisco Cavazos, a United States Citizen by birth, a United States Citizen by birth, at that time Mr. Cavazos worked for a maquiladora in Matamoros, was also present at the birth. Her birth was registered on October 28, 1983. Her parents also registered her in Mexico six months after, on April 17, 1984.

8. On April 21, 2003, Ms. Cavazos executed an application for a United States Passport in Brownsville, Texas. By letter dated July 24, 2003, said application was denied, on the grounds that the U.S. Department conducted a search for possible birth registration in Mexico and located a birth certificate stating that Ms. Cavazos had been born on October 28, 1983 in Matamoros, Tamaulipas, Mexico.

9. Petitioner had been planning a trip abroad, which trip had to be cancelled, given the lack of passport. In addition, she is also in danger of being stopped at the port of entry, and detained for making a false claim to U.S. citizenship.[3]

IV.   PRAYER OF RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested brief, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, retraining and enjoining Respondent Powell, from not issuing the requested passport. It is also requested that the Court requires Respondents to pay Petitioner's costs, and reasonable attorneys fees, and grant such other and further relief as the Court may consider appropriate.

---

[3] Petitioner's Exhibit C, herein incorporated by reference.

## VERIFICATION

I, Elida Quintero, Certify under penalty of perjury that I am the mother of the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



## VERIFICATION

I, Paola Lizeth Cavazos, Certify under penalty of perjury that I am the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



## CERTIFICATE OF COUNSEL

I, Jaime Diez, hereby certify that I am familiar with the procedural history of the case as stated above, and that it is true and correct to the best of my knowledge and belief



## CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Nancy Masso, AUSA, 600 E. Harrison, Brownsville, Texas, this **30th** day of June, 2004.

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|    PETITIONER ) | |
| ) | C.A. **B-04-108** |
| v. ) | |
| ) | |
| HON. COLIN POWELL ) | |
|    United States Secretary of State ) | |
|       And ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENTS ) | |

EXIBIT "A" IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



**United States Department of State**
**Houston Passport Agency**
*1919 Smith Street, Suite 1400*
*Houston, TX 77002*
*1-900-225-5674*

July 24, 2003

Paola Lizeth Cavazos
960 Plantation Drive
Brownsville, TX 78526

Dear Ms. Cavazos:

We refer to your application for a United States passport which you executed at the Cameron County Courthouse on April 21, 2003. As proof of United States citizenship you submitted a Texas birth certificate filed by a midwife, Francisca Garces on October 28, 1983.

Since the birth took place in a non-institutional setting we requested that the U.S. Department of State conduct a search for a possible birth registration in Mexico. As a result of this inquiry a Mexican birth registration was located in the state of Tamaulipas, Mexico stating that Paola Lizeth Cavazos Quintero was born on October 27, 1983 in H. Matamoros, Tamaulipas, Mexico. A photocopy of the document is enclosed.

Due to the above information, the Houston Passport Agency has no recourse but to deny your request for passport services. The local office of the Bureau of Citizenship and Immigration Services (formerly known as Immigration and Naturalization Service) may be able to assist you by providing information about other travel documents or procedures for possible naturalization as a United States citizen. Once you acquire United States citizenship, you may execute another application for a United States passport.

Sincerely,

Mr. Eric Botts
Acting Regional Director

Enclosure(s): Photocopy of Mexican Birth Certificate

EB/pm

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| **PAOLA LIZETH CAVAZOS**     PETITIONER<br><br>v.<br><br>HON. COLIN POWELL<br>    United States Secretary of State<br>        And<br>**UNITED STATES OF AMERICA**<br>    RESPONDENTS | C.A. **B-04-108** |

**EXIBIT "B" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

# COUNTY OF CAMERON
## STATE OF TEXAS

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO. 77819

| Field | Value |
|---|---|
| Name | Paola Lizzeth Cavazos |
| Date of Birth | October 27, 1983 |
| Sex | Female |
| Place of Birth – County | Cameron |
| City or Town | Pct. # 2 |
| Name of Hospital / Street Address | 3914 Faredes Line |
| Inside City Limits | No |
| Single/Twin/Triplet | Single |
| Father's Name | Juan Francisco Cavazos |
| Father Race | Cauc. |
| Father Spanish Origin | Yes — Mexican |
| Father Age | 30 |
| Father Birthplace | Texas |
| Father Occupation | Labor / Laborer |
| Mother's Maiden Name | Elida Quintero |
| Mother Race | Cauc. |
| Mother Spanish Origin | Yes — Mexican |
| Mother Age | 26 |
| Mother Birthplace | Mexico |
| Mother Occupation | Housewife / Home |
| Residence – State | Texas |
| County | Cameron |
| City | Brownsville |
| ZIP | 78520 |
| Street Address | 33 Imperial Ave. |
| Inside City Limits | Yes |
| Informant | Elida Quintero |
| Time | 11:10 P.M. |
| Attendant's Signature | Francisca Garcia |
| Attendant's Address | 1753 Coolidge St. |
| Attendant at Birth | Midwife |
| Date Signed | October 28, 1983 |
| Registrar's File No. | 83-1638 |
| Date Rec'd by Local Registrar | OCT 28 1983 |
| Local Registrar | Judge Ed Sarabia |

11238

STATE OF TEXAS
COUNTY OF CAMERON

I do hereby certify this is a true and correct copy of the original filed in my office on the 15TH day of NOVEMBER 1983 in Volume 29 Page 1340

DATE ISSUED JUNE 14, 2001

Do not accept unless prepared on security paper with engraved border displaying the official seal and signatures of the issuing agency. Not valid if photocopied. Lamination may void certificate.

By _____, deputy
JOE G. RIVERA, COUNTY CLERK
CAMERON COUNTY TEXAS
JUAN ANDRADE

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|    PETITIONER ) | |
| ) | C.A. **B-04-108** |
| v. ) | |
| ) | |
| HON. COLIN POWELL ) | |
|    United States Secretary of State ) | |
|       And ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENTS ) | |

**EXIBIT "C" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

| | | NO. DE CONTROL | 51310 |
|---|---|---|---|

**ACTA DE NACIMIENTO**



# ESTADOS UNIDOS MEXICANOS
# REGISTRO CIVIL

28022018401  00

CLAVE UNICA DE REG DE POBLACION: 28 02 20 18 40 13 10 0

| OFICIALIA No | LIBRO No | ACTA No | LOCALIDAD | FECHA DE REGISTRO |
|---|---|---|---|---|
| 1a. | 7 | 01310 | H. Matamoros | DIA 17 / MES 04 / AÑO 84 |
| MUNICIPIO O DELEGACION: H. Matamoros. | | | ENTIDAD FEDERATIVA: TAMAULIPAS | |

**REGISTRADO**   SEXO: MASCULINO ○   FEMENINO ⊗

NOMBRE: PAOLA LIZETH CAVAZOS QUINTERO.
(NOMBRE(S))   (PRIMER APELLIDO)   (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO: 27 de Octubre de 1983   HORA 23.00

LUGAR DE NACIMIENTO: H. Matamoros  Matamoros  Tamaulipas.
(LOCALIDAD)  (MUNICIPIO O DELEGACION)  (ENTIDAD FEDERATIVA)

FUE REGISTRADO: VIVO ⊗  MUERTO ○   No DE CERTIFICADO DE NACIMIENTO 01310

COMPARECIO: EL PADRE ○   LA MADRE ⊗   AMBOS ○   PERSON...

**PADRES**

NOMBRE DEL PADRE: Ing. Juan Francisco Cavazos.   NACIONALIDAD: mexicana   EDAD: 30 AÑOS
DOMICILIO: Priv. 13 y Prof. Romero # 65.

NOMBRE DE LA MADRE: Elida Quintero de C.   NACIONALIDAD: mexicana   EDAD: 27 AÑOS
DOMICILIO: Priv. 13 y Prof. Romero # 65.

**ABUELOS**

ABUELO PATERNO: Jesús Cavazos R.   NACIONALIDAD: mexicana.
ABUELA PATERNA: Josefa Ojeda Vda. de C.   NACIONALIDAD: mexicana.
DOMICILIO(S): El Finado, ella en Hidalgo 14 y 15

ABUELO MATERNO: Justino Quintero.   NACIONALIDAD: mexicana.
ABUELA MATERNA: Nora Leal de Q.   NACIONALIDAD: mexicana.
DOMICILIO(S): Solernau 2 y 3 # 47.

**TESTIGOS**

NOMBRE: Guillermina Medrano.   NACIONALIDAD: mexicana   EDAD: 19 AÑOS
DOMICILIO: Rayón 12 y 14 # 1227.

NOMBRE: Noé S. Nevarez G.   NACIONALIDAD: mexicana   EDAD: 35 AÑOS
DOMICILIO: Col. Buenavista.

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**

NOMBRE: ____   PARENTESCO: ____   EDAD: ____ AÑOS
DOMICILIO: ____

FIRMAS DE LOS PADRES O DE LA PERSONA DISTINTA QUE PRESENTA AL REGISTRADO:
*Elida Quintero de Cavazos*

FIRMAS DE LOS TESTIGOS:
*Guillermina Medrano Ortiz*   *nnb.*

HUELLA DIGITAL DEL REGISTRADO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL. DOY FE.

EL C. OFICIAL  1o  DEL REGISTRO CIVIL.

C. Alicia L. de Ríos.
NOMBRE   FIRMA

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

PULGAR DERECHO

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES
Rec. # 174439 $ 50.00 Cartilla de Vac. # 4485.

(left margin) Mat. Reg. en año de 1981 # 932.