# United States District Court

_____ DISTRICT OF _____

Paola Lizeth Cavazos

v.

Hon. Colin L. Powell U.S. Sec. of State
& the United States

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-04108

TO: (Name and address of defendant)

Michael T. Shelby
U.S. Attorney
P.O. Box 61129
Houston TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

09/09/04
DATE

_____
(BY) DEPUTY CLERK




CERTIFIED MAIL

7002 0460 0000 6467 6222
7002 0460 0000 6467 6222

U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Michael T. Shelby
         U.S. Attorney
Street, Apt. No.; or PO Box No. P.O. Box 61129
City, State, ZIP+4 Houston, Texas 77208

PS Form 3800, January 2001