IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS,<br>　　　Petitioner,<br><br>v.<br><br>COLIN POWELL, United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>　　　Respondents. | *<br>*<br>*<br>*　CIVIL ACTION NO. B-04-108<br>*<br>*<br>*<br>*<br>* |

### RESPONDENTS' ANSWER TO PETITION FOR WRIT
### OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY
### AND INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

　　Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of  files this answer to Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," and respectfully shows unto the Court as follows:

### I. Jurisdiction and Venue

1.　Deny.  Petitioner has failed to assert a claim pursuant to 8 U.S.C. 1503(a) which provides that a person within the United States who has claimed a right or privilege as a national and has been denied that right or privilege can institute an action under 28 U.S.C. 2201 for a declaratory judgment declaring him or her a national.  Since 8 U.S.C. 1503 provides for specific jurisdiction, there is no additional grant of general jurisdiction under any other jurisdictional statute.  See, *Califano v. Sanders*, 430 U.S. 99 (1977).

2.　Admit that an application for a U.S. passport on behalf of the Petitioner was submitted to the Office of the District Clerk, District Court, Brownsville, Texas; all

      remaining allegations are denied.

3. Admit.

4. Admit that Respondents denied Petitioner's passport application; all other allegations are denied.

## II.  The Parties

5. Respondents deny all the allegations in this paragraph.

6. Admit.

## III.  Facts

7. Respondents deny the first three sentences of this paragraph. Respondents admit the allegations contained in the fourth and fifth sentences of this paragraph.

8. Admit.

9. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

## IV.  Prayer

This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied. Petitioner is not entitled to costs and fees. Even if Respondents were to lose this case, their actions were completely reasonable and justified by the facts of this case.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that plaintiff's petition fails to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, the Respondents pray that the Petitioner take nothing by her suit, that the suit be dismissed with prejudice, and that the Respondents

have such other and further relief to which it may be entitled.

                Respectfully submitted,

                MICHAEL T. SHELBY
                UNITED STATES ATTORNEY


                /s/Nancy L. Masso
                NANCY L. MASSO
                Assistant United States Attorney
                600 East Harrison St., No. 201
                Brownsville, TX 78520
                Tel:   (956) 548-2554
                Fax:  (956) 548-2549
                State Bar No. 00800490
                Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

*RESPONDENTS' ANSWER TO PETITION FOR WRIT*
*OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY*
*AND INJUNCTIVE RELIEF*

was mailed via certified mail, return receipt requested to the following:

Mr. Jaime Diez
Attorney at Law
JONES & CRANE
862 W. Price Road
Brownsville, TX 78520

November 12, 2004                /s/Nancy L. Masso
Date                              NANCY L. MASSO
                              Assistant United States Attorney