UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS )<br>    PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-108 |

**ORDER**

On this the _____ day of _____, 2004 the Court after considering the Unopposed Motion to Continue Pretrial Conference and Attendant Deadlines orders that it be:

      Granted _____

      Denied _____

      Set for a Pretrial Conference for _____ day of _____, 200\_\_\_\_, at _____ o'cklock

_____
Judge