UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|    PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-108 |
| ) | |
| HON. COLIN POWELL ) | |
|    United States Secretary of State ) | |
|       And ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENTS ) | |

**MOTION TO AMMENDED PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Now comes Jaime Diez, Attorney for Paola Lizeth Cavazos, ("Ms.Cavazos) respectfully files unopposed motion to amend petition for writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

Respectfully Submitted,


_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 968-5468
(956) 969-0118

CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Rene Benavides, AUSA, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501, this 28th day of December 2004.


_____

CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to Rene Benavides, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501, this 23rd day of December, 2004 and he indicated that at this time he is not opposed to the granting of this motion.


_____