UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRSITINE FABIOLA CAVAZOS )<br>    PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-109 |

ORDER

On this the _____ day of _____, 2004 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

    Granted   _____

    Denied    _____

    Set for a Hearing for _____ day of _____, 200____, at _____ o'cklock


_____
Judge