**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, DIVISION**

| | | |
|---|---|---|
| **PAOLA LIZETH CAVAZOS** | ) | |
| **PETITIONER** | ) | |
| | ) | |
| **v.** | ) | **C.A. B-04-108** |
| | ) | |
| **HON. COLIN POWELL** | ) | |
| **United States Secretary of State** | ) | |
| **And** | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **RESPONDENTS** | ) | |

**FIRST AMMENDED PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Paola Lizeth Cavazos, ("Ms.Cavazos) respectfully files the instant Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and in support of the same, shows as follows:

## I. JURISDICTION AND VENUE

1. Jurisdiction over the case at bar is laid under 28 U.S.C. $$2241 (habeas corpus); 1331 (federal question), 1346(a)(2) (actions against officers of the United States, and 2201 et seq. (The Declaratory Judgment Act); and 8 U.S.C. 1503 for a grant of general jurisdiction.

2. Ms. Cavazos' application for a United States Passport, which is the subject of the instant action, was made by herself and her mother, Ms. Quintero, at the U.S. Post Office in Brownsville, Texas, where Ms. Cavazos resides, and is attending school, and which is within the Jurisdiction of this Court.

3. Because Ms. Cavazos birth was assisted by midwife, Francisca Garces, of Brownsville, Texas, the U.S. Department

conducted a search in Mexico for possible birth registration in Mexico and denied her application for a U.S. Passport after finding a birth certificate in Mexico stating that Ms. Cavazos had been born on October 27, 1983 in Matamoros, Tamaulipas. However, the denial does not mention that this birth record was registered almost six months after the birth of Ms. Cavazos.

4. Because of the actions of the U.S. Department of State, Respondent Powell denied Ms. Cavazos' application for a United States Passport,[1] thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large. This constitutes custody, within the meaning of Jones v. Cunningham, 371 U.S. 236, 240 (1963), for purpose of 28 U.S.C. $2241.

## II. THE PARTIES

5. Petitioner Paola Lizeth Cavazos is a United States Citizen. She was born on October 27, 1983 in Brownsville, Texas.[2] She has been attending school, and residing in Brownsville, Texas.

6. Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III. THE FACTS

7. Paola Lizeth Cavazos was born on May 18, 1989 in Brownsville, Texas. Her birth assisted by Francisa Garces, of

---

[1] Petitioner's Exhibit A, herein incorporated by reference.

[2] Petitioner's Exhibit B, herein incorporated by reference.

Brownsville, Texas, who was at the time a licensed midwife. Her father, Juan Francisco Cavazos, a United States Citizen by birth, a United States Citizen by birth, at that time Mr. Cavazos worked for a maquiladora in Matamoros, was also present at the birth. Her birth was registered on October 28, 1983. Her parents also registered her in Mexico six months after, on April 17, 1984.

8. On April 21, 2003, Ms. Cavazos executed an application for a United States Passport in Brownsville, Texas. By letter dated July 24, 2003, said application was denied, on the grounds that the U.S. Department conducted a search for possible birth registration in Mexico and located a birth certificate stating that Ms. Cavazos had been born on October 28, 1983 in Matamoros, Tamaulipas, Mexico.

9. Petitioner had been planning a trip abroad, which trip had to be cancelled, given the lack of passport. In addition, she is also in danger of being stopped at the port of entry, and detained for making a false claim to U.S. citizenship.[3]

## IV. PRAYER OF RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested brief, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, retraining and enjoining Respondent Powell, from not issuing the requested passport. It is also requested that the Court requires Respondents to pay Petitioner's costs, and reasonable attorneys

[3] Petitioner's Exhibit C, herein incorporated by reference.

Respondents to pay Petitioner's costs, and reasonable attorneys fees, and grant such other and further relief as the Court may consider appropriate.

Respectfully Submitted,

Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 969-0118

VERIFICATION

I, Elida Quintero, Certify under penalty of perjury that I am the mother of the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



VERIFICATION

I, Paola L Cavazos, Certify under penalty of perjury that I am the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



CERTIFICATE OF COUNSEL

I, Jaime Diez, hereby certify that I am familiar with the procedural history of the case as stated above, and that it is true and correct to the best of my knowledge and belief



CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Rene Benavidez, AUSA, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501, this 28th day of December 2004.