UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|     PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-108 |
| ) | |
| HON. COLIN POWELL ) | |
|     United States Secretary of State ) | |
|         And ) | |
| UNITED STATES OF AMERICA ) | |
|     RESPONDENTS ) | |

ORDER

On this the 3rd day of January, 2005 the Court after considering the Unopposed Motion to Continue Pretrial Conference and Attendant Deadlines orders that it be:

Granted ✓ _____

Denied _____

Set for a Pretrial Conference for **10th** day of **February**, 200**5**, at **2:00 p.m.** o'cklock

_____
Judge