UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

JAN 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumada

PAOLA LIZETH CAVAZOS )
    PETITIONER )
 )
v. ) C.A. B-04-108
 )
HON. COLIN POWELL )
    United States Secretary of State )
        And )
UNITED STATES OF AMERICA )
    RESPONDENTS )

ORDER

On this the 3rd day of January, 2005 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

Granted ✓

Denied _____

~~Set for a Hearing for _____ day of _____, 200__, at _____ o'cklock~~

_____
Judge