IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS * | |
|     Petitioner, * | |
| * | CIVIL ACTION NO. B - 04 - 108 |
| v. * | |
| * | |
| COLIN POWELL, United States Secretary * | |
| of state, and the UNITED STATES OF * | |
| AMERICA, * | |
|     Respondents. * | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

The following are interested parties:

1. Honorable Colin Powell, United States Secretary of State

2. The United States of America

3. The United States Attorney's Office for the Southern District of Texas.

    Respectfully submitted,

    MICHAEL T. SHELBY
    United States Attorney


      /s/ Rene Carlo Benavides
    Rene Carlo Benavides
    Assistant United States Attorney
    Southern District of Texas
    1701 W. Hwy. 83, Suite 600
    McAllen, Texas 78501
    (956) 618 - 8010 (956) 618 - 8016 fax
    Texas Bar No. 24025248
    Southern Dist. No. 26215

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and a correct copy of the foregoing Certificate of Interested Parties has been forwarded to plaintiff's counsel of record, Jaime Diez, Wellington Plaza, 2320 Central Blvd. P.O. Box 3070, Brownsville, Texas 78520 by certified mail, return receipt requested, e-mail or by fax at (956) 550 - 0006 on this the 1 day of February, 2005.

                                                /s/ Rene Carlo Benavides
                                                Rene Carlo Benavides
                                                Assistant United States Attorney