# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

FEB 10 2005

Michael N. Milby, Clerk of Court

**Felix Recio, United States Magistrate Judge, Presiding**
**Southern District of Texas, Brownsville Division**

Law Clerk:   Jason Scott

Date:   February 10, 2005, 2:00 p.m.

---

## C.A. NO. B04-108 (HGT)

---

| | | |
|---|---|---|
| PAOLA LIZETH CAVAZOS | * | Jaime Diez |
| VS | * | |
| COLIN POWELL, United States Secretary Of State, and the UNITED STATES OF AMERICA | * | Rene Carlo Benavides & Nancy Masso |

---

## INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorneys Jaime Diez appeared for the Plaintiff and Nancy Masso appeared for the Government.

Discussions on the pleadings were held. The Court advised the Plaintiff that the pleadings should be amended pursuant to 8 U.S.C. 1503. Under the present pleadings, this Court would have to recommend dismissal of the petition for writ of habeas corpus.

The Government is unopposed to amending the pleadings. Amended pleadings, if any, shall be filed on or before March 7, 2005.

The parties agreed to the docket dates. A scheduling order shall be issued.