# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 1 0 2005

Michael N. Milby
Clerk of Court

PAOLA LIZETH CAVAZOS §

VS § C.A. NO. B-04-108
(Judge Tagle)

COLIN POWELL, United States Secretary of State §
And the UNITED STATES OF AMERICA

## SCHEDULING ORDER

1. Trial: Estimated time to try : __2__ days.    ☐ Bench  ☐ Jury

2. New parties must be joined by:    **March 31, 2005**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:    **April 18, 2005**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    **June 6, 2005**

5. Discovery must be completed by:    **July 5, 2005**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

***************************************** The court will provide these dates. *****************************************

6. Dispositive Motions will be filed by:    **July 14, 2005**

7. Joint pretrial order is due:    **September 27, 2005**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:    **October 11, 2005**
   *The case will remain on standby until tried.*

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:    **November 7, 2005**

The case will remain on standby until tried.

Signed **February 10, 2005**, at Brownsville, Texas.

*/s/ Felix Recio*
Felix Recio
United States Magistrate Judge