UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAOLA LIZETH CAVAZOS )<br>    PETITIONER )<br>)<br>v. )<br>)<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>       And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-108 |

**MOTION FOR LEAVE TO AMMENDED PETITION FOR WRIT OF HABEAS CORPUS AND/OR COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Now comes Jaime Diez, Attorney for Paola Lizeth Cavazos, ("Ms.Cavazos) respectfully files motion to amend petition for writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

Respectfully Submitted,

_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006



CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was send via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 7th day of March, 2005 this 8th day of March, 2005.

_____
Jaime Diez


CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005 and he was not opposed to the granting of this Motion.

_____
Jaime Diez