UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS )<br>　　PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>　　United States Secretary of State )<br>　　　　And )<br>UNITED STATES OF AMERICA )<br>　　RESPONDENTS ) | C.A. B-04-108 |

ORDER

On this the _____ day of _____, 2005 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

　　Granted _____

　　Denied _____

　　Set for a Hearing for _____ day of _____, 200___, at _____ o'clock


_____
Judge