# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE, DIVISION

| | |
|---|---|
| **PAOLA LIZETH CAVAZOS** ) | |
|     **PETITIONER** ) | |
| ) | |
| v. ) | C.A. B-04-108 |
| ) | |
| **HON. COLIN POWELL** ) | |
|     United States Secretary of State ) | |
|         And ) | |
| **UNITED STATES OF AMERICA** ) | |
|     **RESPONDENTS** ) | |

### ORDER

On this the _____ day of _____, 2005 the Court after considering the Unopposed Motion to Join this case with case No C.A. B-04-109 be:

    Granted   _____

    Denied   _____

    Set for a Hearing for _____ day of _____, 200___, at _____ o'clock

_____
Judge