United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|     PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-108 |
| ) | |
| HON. COLIN POWELL ) | |
|     United States Secretary of State ) | |
|         And ) | |
| UNITED STATES OF AMERICA ) | |
|     RESPONDENTS ) | |

ORDER

On this the **11th** day of **March**, 2005 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

Granted ✓

Denied _____

Set ~~for a Hearing for _____ day of _____, 200__, at _____ o'clock~~

_____
Judge