UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAOLA LIZETH CAVAZOS )<br>   PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>   United States Secretary of State )<br>       And )<br>UNITED STATES OF AMERICA )<br>   RESPONDENTS ) | C.A. B-04-108 |

ORDER

On this the __11th__ day of __March__, 2005 the Court after considering this Unopposed Motion to Join this case with case No C.A. B-04-109:

Granted   ✓

Denied   _____

Set ~~for~~ a Hea~~ring~~ for _____ ~~day~~ of _____, 200__, ~~at~~ _____ ~~o'clock~~

_____
Judge