# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PAOLA LIZETH CAVAZOS<br>V.<br>HON COLIN POWELL,<br>UNITED STATES SECRETARY OF STATE, ET AL | *<br>*<br>*<br>* | C.A. NO. B-04-108<br>(Lead Case) |
| CHRISTINE FABIOLA CAVAZOS<br>V.<br>HON COLIN POWELL,<br>UNITED STATES SECRETARY OF STATE, ET AL | *<br>*<br>*<br>*<br>* | C.A. NO. B-04-109<br>(Member Case) |

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CORRECTED SCHEDULING ORDER

1. Trial: Estimated time to try : __2__ days.  ☐ Bench  ☑ Jury

2. New parties must be joined by:  March 31, 2005
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:  April 18, 2005

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.  June 06, 2005

5. Discovery must be completed by:  July 5, 2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

**************************************** The court will provide these dates. ****************************************

6. Dispositive Motions will be filed by:  July 14, 2005

7. Joint pretrial order is due:  **October 12, 2005**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:  **October 26, 2005**

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:  November 07, 2005

The case will remain on standby until tried.

Signed **May  4, 2005**, at Brownsville, Texas.

*/s/ Felix Recio*
Felix Recio
United States Magistrate Judge