UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS ) | |
|    PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-108 |
| ) | |
| HON. COLIN POWELL ) | |
|    United States Secretary of State ) | |
|       And ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENTS ) | |

## ORDER

ON THIS DATE, came to be considered Plaintiff's *Motion for Leave to File Late Designation of Experts* and the Court, after due consideration of the same, is of the opinion that said motion should be:

GRANTED: _____

DENIED: _____

SIGNED and ORDERED this \_\_\_\_ day of _____, 2005.

_____