United States District Court
Southern District of Texas
ENTERED

MAY 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS )<br>  PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>  United States Secretary of State )<br>    And )<br>UNITED STATES OF AMERICA )<br>  RESPONDENTS ) | C.A. B-04-108 |

### ORDER

ON THIS DATE, came to be considered Plaintiff's *Motion for Leave to File Late Designation of Experts* and the Court, after due consideration of the same, is of the opinion that said motion should be:

GRANTED: ✓ _____

DENIED: _____

SIGNED and ORDERED this 17th day of May, 2005.

Felix Recio
United States Magistrate Judge