UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAOLA LIZETH CAVAZOS, ) <br> And ) <br> CHRISTINE FABIOLA CAVAZOS ) <br>     PETITIONER ) <br>   ) <br> v.   ) <br>   ) <br> HON. COLIN POWELL ) <br>     United States Secretary of State ) <br>          And ) <br> UNITED STATES OF AMERICA ) <br>     RESPONDENTS ) | C.A. B-04-108 |

RULE 26(A)(1) INITIAL DISCLOSURE

Please find enclosed:

1. Response to Interrogatories
2. Response to Admissions
3. Response to Production of Documents.

Respectfully Submitted,

_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006



CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was send via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 15th day of August, 2005.

_____
Jaime Diez