IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |  |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS | * | |
| a minor, and Paola Lizeth Cavazos | * | |
| by and through their Mother, | * | |
| ELIDA QUINTERO, | * | |
|     Petitioner, | * | |
| | * | CIVIL ACTION NO. B - 04 - 108 |
| v. | * | |
| | * | |
| COLIN POWELL, United States Secretary | * | |
| of state, and the UNITED STATES OF | * | |
| AMERICA, | * | |
|     Respondents. | * | |

## UNOPPOSED MOTION TO EXTEND THE JOINT
## PRETRIAL ORDER DEADLINE

TO SAID HONORABLE COURT:

    Defendants, file this unopposed Motion to Extend the Joint Pretrial Order Deadline and would show the Court the following.

    1.  All parties have agreed to continue this matter based upon the necessity for more time to confer on the order further.

    2. The deadline to file the joint pretrial order is 10/12/05.  Defendant request an extension to 10/25/05 to file the joint pretrial.

    **WHEREFORE PREMISES CONSIDERED,** Defendant request an extension to file a joint pretrial order and for such other and further relief to which they may be entitled.

Respectfully submitted,

Chuck Rosenberg
United States Attorney



/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

## CERTIFICATE OF CONFERENCE

On October 12, 2005, I conferred with counsel for Plaintiff and he is not opposed to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing has been forwarded to plaintiff's counsel of record, Jaime Diez, Wellington Plaza, 2320 Central Blvd. P.O. Box 3070, Brownsville, Texas 78520 by certified mail, return receipt requested, e-mail or by fax at (956) 550 - 0006 on this the 12 day of October, 2005.

/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney