IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS a minor, and Paola Lizeth Cavazos by and through their Mother, ELIDA QUINTERO,    Petitioner, | * * * * * * | |
| v. | * * | CIVIL ACTION NO. B - 04 - 108 |
| COLIN POWELL, United States Secretary of state, and the UNITED STATES OF AMERICA,    Respondents. | * * * * | |

## ORDER

Came on to be heard by the Court this day the Defendants' Unopposed Motion to Extend the Joint Pretrial Order Deadline. After reviewing the pleadings and hearing the arguments of counsel, the Court is of the opinion the Motion should be Granted..

It is therefore, ORDERED that the Joint Pretrial Order deadline is extended to _____ ,2005. SIGNED on this the _____ day of _____, 2005

                                                              _____
                                                              Feliz Recio
                                                              United States Magistrate Judge