ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINA FABIOLA CAVAZOS, § | | |
| a minor, and Paola Lizeth Cavazos § | | |
| by and through their Mother, § | | |
| ELIDA QUINTERO, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | Civil Action No. B-04-108 | |
| § | | |
| COLIN POWELL, United States Secretary § | | |
| of State, and the UNITED STATES OF § | | |
| AMERICA, § | | |
|     Respondents. | | |

## **O R D E R**

On this day came on to be considered Defendant's Unopposed Motion to Extend the Joint Pretrial Order Deadline. After reviewing the pleadings, the Court is of the opinion the Motion should be granted.

It is therefore, ORDERED that the Joint Pretrial Order deadline is extended to October 25, 2005.

SIGNED at Brownsville, Texas, this <u>14th</u> day of October 2005.

_____
Felix Recio
United States Magistrate Judge