UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2005

Michael N. Milby
Clerk of Court

CHRISTINA FABIOLA CAVAZOS, )
a minor, and Paola Lizeth Cavazos )
by and through their Mother, )
ELIDA QUINTERO )
)
    Petitioner, )
)
v. )  C.A. B-04-108
)
HON. COLIN POWELL )
United States Secretary of State )
and United States of America )
    RESPONDENTS )

## AGREED MOTION REQUESTING THAT HEARING BE CANCELLED BECAUSE BOTH PARTIES HAVE COME TO AN AGREEMENT IN THIS CASE

Now comes Jaime Diez, Attorney for Paola Lizeth Cavazos, ("Ms.Cavazos), and Mr. Rene Benavidez, Attorney for the Government, and respectfully request that this case be cancelled because both parties have reached an agreement regarding the dispute in this case and will be submitting in the next two weeks, by November 8th, an Agreed Motion and Order for Declaratory Judgment for this Court's review and signature.

Respectfully Submitted,

_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006

CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing AGREED REQUESTING THAT HEARING BE CANCELLED BECAUSE BOTH PARTIES HAVE COME TO AN AGREEMENT IN THIS CASE was sent via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 24th day of October, 2005.


_____
Jaime Diez

CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 24th day of October, 2005 and he was not opposed to the granting of this Motion.

_____
**Jaime Diez**