UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINA FABIOLA CAVAZOS, <br> a minor, and Paola Lizeth Cavazos <br> by and through their Mother, <br> ELIDA QUINTERO <br><br> Petitioner, <br><br> v. <br><br> HON. COLIN POWELL <br> United States Secretary of State <br> and United States of America <br> RESPONDENTS | C.A. B-04-108 |

## ORDER

On this the _____ day of _____, 2005 the Court after considering the AGREED MOTION REQUESTING THAT HEARING BE CANCELLED BECAUSE BOTH PARTIES HAVE COME TO AN AGREEMENT IN THIS CASE that it be:

    Granted   _____

    Denied    _____

    Set for a Hearing for _____ day of _____, 200\_\_\_\_, at _____ o'clock

_____
Judge