IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 26 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Christina Fabiola Cavazos, and Paola Lizeth Cavazos, by and through their Mother, ELIDA QUINTERO,    PETITIONER, v. HON. COLIN POWELL, United States Secretary of State, AND UNITED STATES OF AMERICA,    RESPONDENTS. | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-108 |

## ORDER

BE IT REMEMBERED that on October 26, 2005, the Court **GRANTED** the parties' Agreed Motion Requesting That Hearing Be Cancelled Because Both Parties Have Come to an Agreement in This Case. Dkt. No. 25. The Court therefore **ORDERS** that the hearing scheduled for Wednesday, October 26, 2005 is cancelled.

DONE at Brownsville, Texas, this 26th day of October, 2005.

_____
Hilda G. Tagle
United States District Judge