UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS, )<br>a minor, and Paola Lizeth Cavazos )<br>by and through their Mother, )<br>ELIDA QUINTERO )<br> )<br>   PLAINTIFF, )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>United States Secretary of State )<br>and United States of America )<br> )<br>   DEFENDANT ) | C.A. B-04-108 |

## AGREED MOTION TO DISMISS

Now comes Jaime Diez, Attorney for Plaintiffs, Christine Fabiola Cavazos, and Paola Lizeth Cavazos, (hereinafter Plaintiff), and Secretary of State Condoleeza Rice (hereinafter Defendant), through his attorney, Mr. Rene Benavidez, Assitant United States Attorney, entered into a settlement agreement on November 8th, 2005 regarding this case (Attached as Exhibit 1) and therefore respectfully moves this Honorable Court to dismiss this case.

   As reasons for this Motion Plaintiff would show that:
   1. On or about June 30th, 2004 Plaintiff filed with this Court a Petition for Writ of Habeas Corpus and Complaint for Declaratory and injunctive relief in which Plaintiff contested the Department of State's (hereinafter DOS) denial of their application for U.S. Passport because it was the determination of the DOS that both plaintiff's were born in Mexico, since both

      Plaintiffs had Mexican Birth Records, and both applicants had been delivered by a midwife who later on was convicted of performing fraudulent registrations. As part of the discovery process, evidence was submitted that shows that both Plaintiff's were first registered by the midwife in the United States and at a later date they were both registered in Mexico as having been born in Mexico.

2. However, on November 8th, 2005 both parties agreed to settle this matter by entering into a Settlement Agreement, where Plaintiffs agreed to submit before January 30, 2006 a new passport application and Defendant agrees to grant their application's for U.S. Passport by not disputing the fact that both Defendant's were in fact born in the United States.

3. Finally, Plaintiff agrees not to seek any attorney's fees from Defendant.

For these reasons, Plaintiff respectfully requests that this Honorable Court dismiss this case with prejudice.

Respectfully Submitted,

_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006

CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing Motion was sent via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 29th day of November, 2005.

_____
Jaime Diez


CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 22nd day of November, 2005 and he was not opposed to the granting of this Motion.

_____
Jaime Diez