UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINA FABIOLA CAVAZOS, )<br>a minor, and Paola Lizeth Cavazos )<br>by and through their Mother, )<br>ELIDA QUINTERO )<br>)<br>　　　Petitioner, )<br>)<br>v. )<br>)<br>HON. COLIN POWELL )<br>United States Secretary of State )<br>and United States of America )<br>　　　RESPONDENTS　　　　　　　　　　) | C.A. B-04-108 |

## ORDER

On this the _____ day of _____, 2005 the Court after considering the AGREED MOTION TO DISMISS this case if of the opinion that this be:

　　　Granted　　_____

　　　Denied　　_____

　　　Set for a Hearing for _____ day of _____, 200___, at _____ o'clock


_____
Judge Hilda G. Tagle
United States District Judge