UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS, ) <br> a minor, and Paola Lizeth Cavazos ) <br> by and through their Mother, ) <br> ELIDA QUINTERO ) <br>   ) <br>   PLAINTIFF, ) <br>   ) <br> v. ) <br>   ) <br> HON. COLIN POWELL ) <br> United States Secretary of State ) <br> and United States of America ) <br>   ) <br>   DEFENDANT ) | C.A. B-04-108 |

## EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS and CHRISTINE FABIOLA CAVAZOS<br><br>Plaintiffs<br><br>V.<br><br>CONDOLEEZA RICE,<br>United States Secretary of State<br><br>Defendant | Civil Actions No. B-04-108 |

SETTLEMENT AGREEMENT

Paola Lizeth Cavazos and Christine Fabiola Cavazos (hereinafter "Plaintiffs") and Secretary of State Condoleeza Rice (hereinafter "Defendant") hereby agree to settle the above-referenced civil action and to dismissal of the action with prejudice on the terms described below:

1. Plaintiffs agree to submit new passport applications to Defendant by January 30, 2006.

2. In adjudicating the new passport applications submitted in accordance with paragraph 1, Defendant agrees not to challenge Plaintiffs' contention that they were born in the United States.

3. Plaintiffs agree that they will not seek attorney's fees or costs from Defendant.

Executed this 9th day of November, 2005:

By the Plaintiffs:                              For the Defendant: