IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

DEC 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Christina Fabiola Cavazos, and Paola Lizeth Cavazos, by and through their Mother, ELIDA QUINTERO, | § § § § § | |
| PETITIONER, | § § | |
| v. | § | CIVIL ACTION NO. B-04-108 |
| HON. COLIN POWELL, United States Secretary of State, AND UNITED STATES OF AMERICA, | § § § § § | |
| RESPONDENTS. | § | |

### ORDER

BE IT REMEMBERED that on December 1, 2005, the Court **GRANTED** the parties' Agreed Motion to Dismiss **WITH PREJUDICE** [Dkt. No. 27].

The parties entered into a settlement agreement on November 8, 2005. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties move the Court to dismiss the case. The Court **GRANTS** the Agreed Motion to Dismiss **WITH PREJUDICE**.

DONE at Brownsville, Texas, this 1st day of December, 2005.

Hilda G. Tagle
United States District Judge